THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AMBROSE GEARY, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 6, 1924; decided July 5, 1924.)

APPEAL from a judgment of the Supreme Court, rendered January 10, 1924, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John V. Maloney* and *Gerald O. Shields* for appellant.

*Guy B. Moore, District Attorney (Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.